NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3272

KYO R. JHIN,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DC0841090172-I-1.

ON MOTION

O R D E R

Kyo R. Jhin moves for an extension of time to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Jhin's brief is due within 60 days of the date of filing of this order.

OCT 15 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kyo R. Jhin
    Russell A. Shultis, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 15 2009

JAN HORBALY
CLERK